1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6758
7       FAX: (415) 436-7234
        Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGELITO VASQUEZ MALLARI, a/k/a "ALVIN," and ALLELEA BALABIS CABILES, <br><br> Defendants. | NO. CR 17-403 EMC-2 <br><br> STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on October 23, 2017, that the time between October 23, 2017, and November 29, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until November 29, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Such time is also excludable due to a delay caused by trial with respect to other charges against the defendant. *Id.* § 3161(h)(1)(B).

//

IT IS SO STIPULATED.

DATED: October 30, 2017

BRIAN J. STRETCH
United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: October 30, 2017

/s/
GILBERT EISENBERG
Counsel for Defendant
ANGELITO VASQUEZ MALLARI

**[PROPOSED] ORDER**

As explained on the record during the October 23, 2017, status conference, the Court finds that the exclusion of the period from October 23, 2017, to November 29, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Such time is also excludable due to a delay caused by trial with respect to other charges against the defendant. *Id.* § 3161(h)(1)(B).

IT IS SO ORDERED.

DATED: 11/6/17

HON.
United S

IT IS SO ORDERED
Judge Edward M. Chen

ORDER EXLUDING TIME
Case No. CR 17-403 EMC-2